VAN GIESEN v. QUEEN INSURANCE COMPANY.

ATKINSON, J. 1. This being the first grant of a new trial, and the verdict not having been demanded absolutely by the evidence, this court, without undertaking to make any adjudication with respect to the reason assigned by the trial judge as the basis of his action, will affirm the judgment. Civil Code, § 5585; *Cox* v. *Grady,* ante, 368 (64 S. E. 262); *McCain* v. *College Park,* 112 *Ga.* 701 (37 S. E. 971); *Brantley Co.* v. *Bank of Waycross,* Id. 532 (37 S. E. 737); *Harvey* v. *Bowles,* Id. 363 (37 S. E. 363); *Weinkle* v. *Brunswick R. Co.,* 107 *Ga.* 367 (33 S. E. 471); *Macon Street R. Co.* v. *Jones,* 116 *Ga.* 351 (42 S. E. 468); *Allen* v. *Lumpkin,* Id. 777 (43 S. E. 54).

2. This rule applies although the judge who presided at the trial may have ceased to hold office before the hearing of the motion for new trial, and it was passed on by his successor.

*Judgment affirmed. All the Justices concur.*

Argued January 14,—Decided April 19, 1909.

Action upon insurance policy. Before Judge Charlton. Chatham superior court. March 27, 1908.

*Osborne & Lawrence* and *E. H. Abrahams,* for plaintiff.

*Lawton & Cunningham,* for defendant.